UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 20-11652 MWF (AFMx)**                                              Date:  March 18, 2021

Title      **Ned E. Nelson v. Nationwide Credit, Inc.**

Present: The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on December 28, 2020.  (Docket No. 1).  Plaintiff filed a Waiver of Service, reflecting service of the Summons and Complaint.  The electronically signed Waiver was dated and filed January 4, 2021; a response to the Complaint was due March 5, 2021.  (Docket No. 6).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **APRIL 1, 2021**.

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by Defendant.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- ■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-11652 MWF (AFMx)**                                        Date: March 18, 2021

Title         **Ned E. Nelson v. Nationwide Credit, Inc.**

respond to the Order to Show Cause by **APRIL 1, 2021** will result in the dismissal of this action.

    IT IS SO ORDERED.

                                          Initials of Preparer:  RS/sjm