**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com
*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NED E. NELSON IV, | Case No. 2:20-cv-11652-MWF-AFM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| NATIONWIDE CREDIT, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that NED E. NELSON IV ("Plaintiff") and NATIONWIDE CREDIT, INC. ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: March 18, 2021                    Respectfully submitted,

                                         NED E. NELSON IV

                                         By: */s/ Nicholas M. Wajda*

                                         **WAJDA LAW GROUP, APC**
                                         Nicholas M. Wajda (Cal. Bar No. 259178)
                                         6167 Bristol Parkway
                                         Suite 200
                                         Culver City, California 90230
                                         +1 310-997-0471
                                         nick@wajdalawgroup.com

1