Nicholas M. Wajda (Cal. Bar No. 259178)
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NED E. NELSON IV, <br><br> Plaintiff, <br><br> v. <br><br> NATIONWIDE CREDIT, INC., <br><br> Defendant. | Case No.  2:20-cv-11652-MWF-AFM <br><br> **VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES the Plaintiff, NED E. NELSON IV, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, NATIONWIDE CREDIT, INC., with prejudice, with all parties to bear their own attorney's fees and cost.

DATED: April 15, 2021

*/s/ Nicholas M. Wajda*
**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
3111 Camino Del Rio North
Suite 400
San Diego, California 92108
+1 310-997-0471
nick@wajdalawgroup.com

1